IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LADERRICK D. CALDWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv133-VPM |
| ) | [WO] |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The plaintiff has filed a motion for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (2000) (Doc. # 18).  Upon consideration of the motion, It is hereby

ORDERED that the defendant show cause on or before 14 June 2006 why the application for an award of fees should not be granted.

DONE this 24th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE